IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-258-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ADMINISTRATIVE ORDER** |
| JAVIEL GOMEZ-SEGURA, | ) |
| Defendant. | ) |

This matter is currently scheduled for trial with jury selection to commence at 10:00 a.m. on Tuesday, November 30, 2010, at the United States Courthouse in Greenville, North Carolina. Counsel shall appear in chambers at 9:30 a.m. that morning with their proposed witness lists. Counsel shall file any proposed voir dire questions and requests for jury instructions on or before Wednesday, November 17, 2010.

This 5th day of October 2010.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31