UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-cr-00258-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| JAVIEL GOMEZ-SEGURA | ) | |

Upon motion of the United States it is hereby ORDERED that Docket Number 30 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney and the court orders such materials unsealed.

This the 10th day of November, 2010.

Malcolm J. Howard
SENIOR UNITED STATES DISTRICT JUDGE