```
                UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF NORTH CAROLINA
                      WESTERN DIVISION

                   NO. 5:10-cr-00258-H-1
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| JAVIEL GOMEZ-SEGURA | ) | |

Upon motion of the United States it is hereby ORDERED that Docket Number 34 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney and the court orders such materials unsealed.

This the 14th day of December, 2010.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
SENIOR UNITED STATES DISTRICT JUDGE