```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
    WESTERN DIVISION

    NO. 5:10-cr-00258-H-1
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAVIEL GOMEZ-SEGURA | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 50 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 27th day of April, 2011.

_____
MALCOLM J. HOWARD
Senior United States District Judge