UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-cr-00258-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAVIEL GOMEZ-SEGURA | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 61 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 1st day of August, 2011.

```
              /s/ Malcolm J. Howard
              _____
              MALCOLM J. HOWARD
              Senior United States District Judge
```